United States District Court
Middle District of Florida
Ft. Myers Division

**Prepared Food Photos, Inc.,**

    *Plaintiff,*

v.                                      No. 2:22-cv-00829-SPC-KCD

**Mola Pizza, Inc. et al.**

    *Defendants.*

---

### Unopposed Motion for Special Admission

Andrew G. Fiorella, Esquire, moves for special admission to represent Defendants Mola Pizza, Inc. and MyPizza Technologies, Inc. d/b/a Slice in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Eastern District of Michigan, and United States Court of Appeals for the Sixth Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

Prepared Food Photos, Inc. v. Zein LLC et al.
N°. 8:22-CV-01924-MSS-AEP

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                                               /s/ Andrew G. Fiorella
                                               Andrew G. Fiorella
                                               BENESCH, FRIEDLANDER,
                                               COPLAN & ARONOFF LLP
                                               200 Public Square, Suite 2300
                                               Cleveland, Ohio 44114-2378
                                               Telephone: 216.363.4500
                                               Facsimile: 216.363.4588
                                               Email: afiorella@beneschlaw.com
                                               *Attorney for Defendants Mola Piza, Inc.*
                                               *and MyPizza Technologies, Inc. d/b/a*
                                               *Slice*

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party consents to my special admission.