THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

```
------------------------------x
PREPARED FOOD PHOTOS, INC. f/k/a   :
ADLIFE MARKETING &                 :   Case No. 2:22-cv-00829
COMMUNICATIONS CO., INC.,          :
                                   :
              Plaintiff,           :   Judge Sheri Polster Chappell
                                   :
     v.                            :
                                   :
MOLA PIZZA, INC. d/b/a BELLA       :
NAPOLI PIZZERIA & RESTAURANT,      :
and MYPIZZA TECHNOLOGIES,          :
INC. d/b/a SLICE,                  :
                                   :
              Defendants.          :
                                   :
------------------------------x
```

## **DEFENDANT MYPIZZA TECHNOLOGIES, INC. *D/B/A* SLICE'S RULE 3.03 DISCLOSURE STATEMENT**

Defendant Slice Solutions, Inc. (*f/k/a* MyPizza Technologies, Inc.) *d/b/a* Slice ("Slice") hereby discloses the following pursuant to Local Rule 3.03:

1. The name of each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Prepared Food Photos, Inc. *f/k/a* Adlife Marketing & Communications Co., Inc., Plaintiff;

    b. Copycat Legal, Firm Counsel for Plaintiff;

    c. Daniel DeSouza, Counsel for Plaintiff;

    d. James D'Loughy, Counsel for Plaintiff;

    e. Lauren Hausman, Counsel for Plaintiff;

    f. Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant;

    g. Slice Solutions, Inc. (*f/k/a* MyPizza Technologies, Inc.) *d/b/a* Slice, Defendant;

    h. Benesch, Friedlander, Coplan & Aronoff, Firm Counsel for Defendant Slice and Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant;

    i. Matthew J. Langley, Counsel for Slice and Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant;

    j. Mark E. Avsec, Counsel for Slice and Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant;

    k. Andrew G. Fiorella, Counsel for Slice and Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant; and

    l. Lidia C. Mowad, Counsel for Slice and Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant.

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome:

    a. None.

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

    a. None.

4. The name of each person arguably eligible for restitution:

    a. Slice Solutions, Inc. (*f/k/a* MyPizza Technologies, Inc.) *d/b/a* Slice, Defendant; and

    b. Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,　　　　　　　　/s/ *Matthew J. Langley*
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Langley (FL97331)
　　　　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER,
　　　　　　　　　　　　　　　　　　　　　　 COPLAN & ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　　　71 S. Wacker Dr. Ste 1600
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-4637
　　　　　　　　　　　　　　　　　　　　　　Telephone: 312-624-6408
　　　　　　　　　　　　　　　　　　　　　　Email: mlangley@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　　　Mark Avsec (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　Andrew G. Fiorella (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　Lidia C. Mowad (*Pro Hac Vice* )
　　　　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER,
　　　　　　　　　　　　　　　　　　　　　　 COPLAN & ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　　　200 Public Square, Suite 2300
　　　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44114-2378
　　　　　　　　　　　　　　　　　　　　　　Telephone:  216-363-4500
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  216-363-4588
　　　　　　　　　　　　　　　　　　　　　　mavsec@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　　afiorella@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　　lmowad@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Slice Solutions, Inc. (f/k/a MyPizza Technologies, Inc.) d/b/a Slice*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 16th day of February, 2023:

Daniel DeSouza
dan@copycatlegal.com

James D'Loughy
james@copycatlegal.com

Lauren M. Hausman
lauren@copycatlegal.com

*/s/ Matthew J. Langley*
*One of the Attorneys for Defendant Slice Solutions, Inc. (f/k/a MyPizza Technologies, Inc.) d/b/a Slice*