THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

------------------------------x
PREPARED FOOD PHOTOS, INC. *f/k/a*  :
ADLIFE MARKETING &  : Case No. 2:22-cv-00829
COMMUNICATIONS CO., INC.,  :
 :
               Plaintiff,  : Judge Sheri Polster Chappell
 :
    v.  :
 :
MOLA PIZZA, INC. *d/b/a* BELLA :
NAPOLI PIZZERIA & RESTAURANT,:
and MYPIZZA TECHNOLOGIES,  :
INC. *d/b/a* SLICE,
 :
              Defendants.  :
 :
------------------------------x

## **DEFENDANT MOLA PIZZA, INC. *D/B/A* BELLA NAPOLI PIZZERIA & RESTAURANT'S RULE 3.03 DISCLOSURE STATEMENT**

Defendant Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant ("Mola") hereby discloses the following pursuant to Local Rule 3.03:

1. The name of each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. Prepared Food Photos, Inc. *f/k/a* Adlife Marketing & Communications Co., Inc., Plaintiff;

    b. Copycat Legal, Firm Counsel for Plaintiff;

    c. Daniel DeSouza, Counsel for Plaintiff;

    d. James D'Loughy, Counsel for Plaintiff;

   e. Lauren Hausman, Counsel for Plaintiff;

   f. Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant;

   g. MyPizza Technologies, Inc. *d/b/a* Slice, Defendant;

   h. Benesch, Friedlander, Coplan & Aronoff, Firm Counsel for Defendant Mola and MyPizza Technologies, Inc. *d/b/a* Slice;

   i. Matthew J. Langley, Counsel for Mola and MyPizza Technologies, Inc. *d/b/a* Slice;

   j. Mark E. Avsec, Counsel for Mola and MyPizza Technologies, Inc. *d/b/a* Slice;

   k. Andrew G. Fiorella, Counsel for Mola and MyPizza Technologies, Inc. *d/b/a* Slice; and

   l. Lidia C. Mowad, Counsel for Mola and MyPizza Technologies, Inc. *d/b/a* Slice.

2. The name of each entity with publicly traded shares or debt potentially affected by the outcome:

   a. None.

3. The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

   a. None.

4. The name of each person arguably eligible for restitution:

   a. Mola Pizza, Inc. *d/b/a* Bella Napoli Pizzeria & Restaurant, Defendant

   b. MyPizza Technologies, Inc. *d/b/a* Slice, Defendant.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action,

and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

  Respectfully submitted,                  */s/ Matthew J. Langley*
                                                           Matthew J. Langley (FL97331)
                                                           BENESCH, FRIEDLANDER,
                                                            COPLAN & ARONOFF LLP
                                                            71 S. Wacker Dr. Ste 1600
                                                            Chicago, IL 60606-4637
                                                            Telephone: 312-624-6408
                                                            Email: mlangley@beneschlaw.com

                                                            Mark Avsec (*Pro Hac Vice*)
                                                            Andrew G. Fiorella (*Pro Hac Vice*)
                                                            Lidia C. Mowad (*Pro Hac Vice* )
                                                            BENESCH, FRIEDLANDER,
                                                            COPLAN & ARONOFF LLP
                                                            200 Public Square, Suite 2300
                                                            Cleveland, OH 44114-2378
                                                            Telephone:  216-363-4500
                                                            Facsimile:  216-363-4588
                                                            mavsec@beneschlaw.com
                                                            afiorella@beneschlaw.com
                                                            lmowad@beneschlaw.com

                                                            *Counsel for Defendant Mola Pizza, Inc.*
                                                            *d/b/a Bella Napoli Pizzeria & Restaurant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 16th day of February, 2023:

Daniel DeSouza
dan@copycatlegal.com

James D'Loughy
james@copycatlegal.com

Lauren M. Hausman
lauren@copycatlegal.com

*/s/ Matthew J. Langley*
*One of the Attorneys for Defendant Mola Pizza, Inc. d/b/a Bella Napoli Pizzeria & Restaurant*