UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Prepared Food Photos, Inc.,

    *Plaintiff*s,

v.                                                             Case No. 2:22-cv-00829-SPC-KCD

Mola Pizza, Inc. et al.,

    *Defendant*s.

___

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.**

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

    Prepared Food Photos, Inc. v. Zein LLC et al
    8:22-cv-01924-MSS-AEP (Middle District of Florida)

    Prepared Food Photos, Inc. v. Three Brothers Italian Kitchen Ltd. et al
    1:22-cv-02119-JKB (District of Maryland)

    Prepared Food Photos, Inc. v. Tonys Pizza of Poughkeepsie, Inc. et al
    1:22-cv-07160-ALC (Southern District of New York)

Prepared Food Photos, Inc. v. Original Big Tomato, LLC et al
1:22-cv-24195 (Southern District of Florida)

Prepared Food Photos, Inc. v. N & K Foods, Inc. et al
1:22-cv-03372 (District of Maryland)

Prepared Food Photos, Inc. v. Bravo West Pizza, LLC et al
1:22-cv-10951 (Southern District of New York)

☐   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted,    /s/ *Matthew J. Langley*
Matthew J. Langley (FL97331)
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
71 S. Wacker Dr. Ste 1600
Chicago, IL 60606-4637
Telephone: 312-624-6408
Email: mlangley@beneschlaw.com

Mark Avsec (*Pro Hac Vice*)
Andrew G. Fiorella (*Pro Hac Vice*)
Lidia C. Mowad ( *Pro Hac Vice* )
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:  216-363-4500
Facsimile:  216-363-4588
mavsec@beneschlaw.com
afiorella@beneschlaw.com
lmowad@beneschlaw.com

*Counsel for Defendant Slice Solutions, Inc. (f/k/a MyPizza Technologies, Inc.) d/b/a Slice, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 16th day of February, 2023:

Daniel DeSouza
dan@copycatlegal.com

James D'Loughy
james@copycatlegal.com

Lauren M. Hausman
lauren@copycatlegal.com

                                                 */s/ Matthew J. Langley*